

# Fourth Court of Appeals
## San Antonio, Texas

November 2, 2022

No. 04-22-00549-CV

Meredith **DE LA PENA**,
Appellant

v.

Ruben **DE LA PENA**,
Appellee

From the 57th Judicial District Court, Bexar County, Texas
Trial Court No. 2019-CI-24731
Honorable Nicole Garza, Judge Presiding

## ORDER

In accordance with this court's opinion of this date, this appeal is DISMISSED FOR LACK OF JURISDICTION. It is ORDERED that costs of appeal are adjudged against appellant. *See* TEX. R. APP. P. 43.4.

It is so ORDERED on November 2, 2022.

_____
Rebeca C. Martinez, Chief Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 2nd day of November, 2022.

_____
Michael A. Cruz, Clerk of Court